UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PENNY THOMAS,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, et al.,<br><br>                Defendants. | NO.   C09-5547-RBL<br><br>**DECLARATION OF ROBERT P. BROUILLARD RE NOTICE OF REMOVAL OF CIVIL ACTION AND VERIFICATION OF STATE COURT RECORDS**<br><br>(Grays Harbor County District Court No. C-12233) |

I, Robert P. Brouillard, declare as follows:

1. I am an Assistant United States Attorney for the Western District of Washington and I am counsel for the defendant in the above-captioned action.

2. Pursuant to local Civil Rule 101(b), to the best of my knowledge and belief, the documents filed with this declaration constitute a full and complete set of the documents filed with the Clerk of the Grays Harbor County Superior Court during the pendency of Case No. C-12233 therein.

DECLARATION OF ROBERT P. BROUILLARD RE
NOTICE OF REMOVAL OF CIVIL ACTION
(C09-5547-RBL) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2 | is true and correct.

3

4 | Executed this 17th day of September, 2009.

5

6 | Respectfully submitted,

7 | JEFFREY C. SULLIVAN
United States Attorney

8

/s/Robert P. Brouillard
9 | ROBERT P. BROUILLARD
WSBA # 19786
10 | Assistant United States Attorney
United States Attorney's Office
11 | 700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
12 | Telephone: (206) 553-7970
Fax: (206) 553-4073
13 | E-mail: robert.brouillard@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROBERT P. BROUILLARD RE
NOTICE OF REMOVAL OF CIVIL ACTION
(C09-5547-RBL) - 2

UNITED STATES
ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  The undersigned hereby certifies that she is an employee in the United States

3  Attorney Office for the Western District of Washington and is a person of such age and

4  discretion as to be competent to serve papers;

5  That on September 17th, 2009, she caused copies of the Declaration of Robert P.

6  Brouillard Re: Notice of Removal of Civil Action to be served upon the individual(s)

7  hereinafter named by process service, addressed as follows:

8  Penny Thomas
   2802 Olympic Hwy
9  Aberdeen, WA 98520

10 Jim Jellison
   5240 Trosper Rd SW
11 Olympia, WA 98512

12 DATED this 17th day of September, 2009.

14                                             s/Tina Litkie
                                                TINA LITKIE
15                                              Legal Assistant
                                                United States Attorney's Office
16                                              700 Stewart Street, Suite 5220
                                                Seattle, Washington 98101-1271
17                                              Phone: 206-553-7970
                                                FAX:   206-553-4073
18                                              E-mail: tina.litkie@usdoj.gov

DECLARATION OF ROBERT P. BROUILLARD RE
NOTICE OF REMOVAL OF CIVIL ACTION
(C09-5547-RBL) - 3

UNITED STATES
ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970