Hon. Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PENNY THOMAS,<br>　　　　　Plaintiff,<br>　　v.<br>U.S. DEPT. OF ENERGY, et al.,<br>　　　　　Defendants. | No. C09-5547-RBL<br><br>STIPULATION AND<br>ORDER OF DISMISSAL |

    Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and agree that the above-captioned action has been settled and that the Complaint (entitled "Notice of Claim") can and should be dismissed, with prejudice and without claim of either party for attorney's fees or costs.

//
//
//

STIPULATION AND ORDER OF DISMISSAL - 1
(C09-5547-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Accordingly, Plaintiff and Defendants hereby jointly move the Court for an order
2  dismissing the Complaint (entitled "Notice of Claim"), with prejudice and without claim of
3  either party for attorney's fees or costs.
4  Respectfully submitted,

6
7  /s/                                                      DATED: May 7, 2010
   PENNY THOMAS
   Plaintiff, *Pro se*
8

9
10 JENNY A. DURKAN
   United States Attorney
11

12 /s/                                                      DATED: May 7, 2010
   ROBERT P. BROUILLARD, WSBA #19786
13 Assistant United States Attorney
   700 Stewart Street, Suite 5220
14 Seattle, Washington 98101
   Phone: (206) 553-7970
15 Fax:   206-553-4073
   E-mail: robert.brouillard@usdoj.gov
16 Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL - 2
(C09-5547-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

**ORDER**

2     The above is SO ORDERED.

3     DATED this 10th day of May, 2010.

4

5

6     *Ronald B. Leighton*

7     RONALD B. LEIGHTON
      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL - 3
(C09-5547-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970